## United States Bankruptcy Court
### District of Maryland

In re    Edward Eric Bloom                      Case No.
                                   Debtor(s)                  Chapter    13

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

        For legal services, I have agreed to accept                              $      4,500.00
        Prior to the filing of this statement I have received                     $      1,139.00
        Balance Due                                                                $      3,361.00

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
        The retainer fee paid prior to filing of the bankruptcy case and any fee paid through the plan entitles the debtor(s) to the preparation and the filing of the petition and/or plan, representation at the 341 Meeting(s) of Creditors and/or Confirmation Hearing(s), but that additional fees will be charged regarding the undertaking or the defending of any contested matters as outlined below. If Chapter 13, then this case is being filed in accordance with paragraph 4(b) of Amended Appendix F.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        Representation of the Debtor specifically excludes all of the following, but not limited to, the listed contested matters below. If debtor requires representation concerning any of the listed contested matters, then any additional flat fee as as outlined below shall be charged.

        Chapter 7 Cases:
        If the Debtor requires additional representation regarding any of these excluded items,
        Debtor(s)' attorney shall charge the following flat fees per service provided:

        Adding Unrevealed Creditors.. $150; Conversion..$ 800; Response to Motion for Relief and Hearing..$ 200; Response to Affidavit of Default on Consent Agreement to Motion for Relief From Stay and Hearing..$ 200; Response to Motion to Dismiss and Hearing..$ 350--(only if all delinquent trustee payments are in hand); Motions to Reconsider Confirmation Denial or Orders Dismissing Case or any other Order Reconsideration..$ 350-- (only if all delinquent trustee payments are in hand); Motions to Avoid Lien § 506 and Hearing..$ 600; Motions to Avoid Lien § 522 and Hearing.. $ 400; Motions to Modify Chap. 13 Plan after Conf. and Hearing..$ 400; Motions to Sell Free and Clear and Hearing..$ 600; Motions to Refinance and Hearing..$750; Motions for Redemption and Hearing..$ 600; Objections to Proofs of Claim and Hearing..$ 300; Preference Recovery Actions..1/3 of recovery from settlement or 2/5 of recovery if suit is filed and any attorney's fees recovered; Action for section 362 Contempt.. 2/5 of recovery and any attorney's fees recovered.

        Chapter 13 Cases:

        Conversion $800.00, US Trustee Audits and Adversary Proceedings are excluded from representation. For all Preference Recovery Actions..1/3 of recovery from settlement if no suit is filed or 2/5 of recovery if suit is filed and any attorney's fees recovered; Any Adversary Proceeding will be billed at the rate of $300.00 per hour or 1/3 of recovery from settlement or

In re    Edward Eric Bloom                                              Case No.   _____
                    Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

2/5 of recovery from judgment or settlement if suit is filed and any attorney's fees recovered.

| **CERTIFICATION** |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |
| Dated:  September 12, 2013         /s/ Antonio Aquia, Esq<br>                                                       Antonio Aquia, Esq 26198<br>                                                       Belsky, Weinberg and Horowitz, LLC<br>                                                       220 North Liberty Street<br>                                                       Baltimore, MD 21201<br>                                                       410-234-0100   Fax: 410-234-3992 |